UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHARLES LISTON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:06CV00532 AGF |
| ) | |
| MICHAEL BOWERSOX, ) | |
| ) | |
| Respondent. ) | |

## ORDER

**IT IS HEREBY ORDERED** that Petitioner's Motion for Extension of Time [Doc. #10] is hereby **GRANTED**, **up to and including July 26, 2006**, to file a traverse or reply.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　AUDREY G. FLEISSIG
　　　　　　　　　　　　　　　　　United States Magistrate Judge

Dated this 26th day of June, 2006.