UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES LISTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 4:06CV0532 AGF |
| | ) | |
| MICHAEL BOWERSOX, | ) | |
| | ) | |
| Respondent. | ) | |

## **ORDER**

This matter is currently pending before the Eighth Circuit Court of Appeals. Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's motion for an extension of time in which to file an application for a Certificate of Appealability (Doc. #30), and motion for a Certificate of Appealability (Doc. #31) are **TRANSFERRED** to the Eighth Circuit Court of Appeals.

                                                  _____
                                                  AUDREY G. FLEISSIG
                                                  UNITED STATES MAGISTRATE JUDGE

Dated this 19th day of May, 2009.